UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO JIMENEZ-VEGA,<br><br>                                    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                                    Respondent. | Case No.: 3:20-cv-00415-JAH-MDD<br><br>**ORDER DISMISSING ACTION** |

On February 26, 2020, Petitioner, proceeding pro se, filed a Petitioner for a Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254. (ECF No. 1). However, because Petitioner was in federal custody pursuant to a federal criminal conviction, this Court informed Petitioner of two options to proceed: (1) consent in writing to this Court ruling on the instant motion as a § 2255 motion by recharacterizing his petition; or (2) withdrawing the motion and filing an all-inclusive § 2255 motion. (ECF No. 6 at 3). Petitioner was advised that a failure to inform the Court of his elected option would result in a dismissal of this action. (ECF No. 8.)

///

///

///

1 | To date, Petitioner has not complied with the Court's order. Accordingly, this action is
2 | dismissed.
3 |     **IT IS SO ORDERED.**
4 |
5 | DATED: June 1, 2022

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE